JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLINTON FORBEL THINN, | ) | NO. CV 21-6403-JLS(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| J. WILLIAMS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 02, 2022

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE